No. 02–10191. MENDEZ v. BRITT, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA.

C. A. 4th Cir. Certiorari denied. 